

1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2748

**FILED**

SEP 09 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  America Online, located at     )   Case No. 2:09-SW-0012 GGH
    22000 AOL Way, Dulles VA,      )           DAD
12  related to email account       )   [~~PROPOSED~~] ORDER TO UNSEAL
    symmesrt@aol.com               )   SEARCH WARRANT
13                                 )
                                   )
14  _____  )

15

16      Upon consideration of the attached motion of the United

17  States of America, by Assistant U.S. Attorney Russell L.

    Carlberg, it is hereby
18

19                          **ORDERED**

20      1.   That the search warrant and supporting affidavit in the

    above-entitled matter be immediately unsealed.
21

22  Date:  _____9/ 9/_____ , 2011
23

24

25                        _____
                          DALE A. DROZD
26                        United States Magistrate Judge

27

28

                              2